# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

   v.               Crim. No. 5:01-CR-70-2H

NATHANIEL LYNCH, JR.

   On October 8, 2008, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

            Respectfully submitted,

            /s/Jeffrey L. Keller
            Jeffrey L. Keller
            Supervising U.S. Probation Officer

## ORDER OF COURT

   Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___11th___ day of ___Oct___, 2012.

            Malcolm J. Howard
            Senior U.S. District Judge